**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| *Petitioner*, | : | Case No. 1:25-mc-21 |
| vs. | : | Judge Jeffery P. Hopkins |
| AARON BLEVINS, | : | |
| *Respondent*. | : | |

# ORDER ADOPTING REPORT AND RECOMMENDATION AND SHOW CAUSE ORDER

This matter is before the Court on the Report and Recommendation (Doc. 6) issued by Magistrate Judge Karen L. Litkovitz on March 26, 2026. The Magistrate Judge recommends that this Court issue a show cause order to Respondent Aaron Blevins to appear at a date certain to show cause during a hearing why he should not be held in contempt of court for failing to obey the Court's February 3, 2026 Show Cause Order. No objections have been filed and the time for filing such objections under Fed. R. Civ. P. 72(b) has expired.

Having carefully reviewed the comprehensive findings and conclusions of the Magistrate Judge and finding no clear error, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. *See* Fed. R. Civ. P. 72 (advisory committee notes from 1983 amendment) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation"); *see e.g., Roane v. Warden of Corr. Reception Ctr.*, No. 2:22-cv-2768, 2022 WL 16535903, at *1 (S.D. Ohio Oct. 28, 2022). Accordingly, Respondent Aaron Blevins is **ORDERED TO SHOW CAUSE**

why he should not be held in contempt for failing to obey the Court's February 3, 2026 Show Cause Order. Respondent is **ORDERED TO APPEAR** at a Show Cause Hearing before the undersigned on **January 13, 2027 at 3:00 PM** in Courtroom 822, Potter Stewart U.S. Courthouse, 100 E. Fifth Street, Cincinnati, Ohio 45202. Respondent is **WARNED** that, if he fails to appear for that hearing, this Court may hold him in contempt and issue a warrant for his arrest.

The Clerk of Court is **DIRECTED** to issue this order via regular and certified mail to Respondent. It is further **ORDERED** that a copy of this Order be served **personally** upon Respondent by an official of the Internal Revenue Service within 15 days of this Order.

**IT IS SO ORDERED.**

October 13, 2026

Jeffery P. Hopkins
United States District Judge